UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORAN FOODS, LLC <br> D/B/A SAVE-A-LOT, LTD. <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN DOE, <br><br> *Defendant.* | Case No. 24-cv-01514-JAR |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE
SCHEDULE TO CORPORATE DISCLOSURE STATEMENT UNDER SEAL**

Pursuant to E.D. Mo. Local Rules 2.09 and 13.05(A)(4), Plaintiff Moran Foods, LLC d/b/a Save-A-Lot, Ltd. ("**Plaintiff**") hereby moves for leave to file under seal Schedule A to its Corporate Disclosure Statement ("**Schedule**") and the accompanying memorandum of law submitted in support of this motion. The Schedule includes the names of the members and owners of passive investors in Plaintiff's business ("**Non-Party Investors**"), and therefore includes personal and private investment information. Moreover, given the nature of this case, the public disclosure of the Non-Party Investors may subject them, or Plaintiff, to further harassment by Defendant.

Plaintiff therefore respectfully requests that the Court permit the sealing of the Schedule and direct the Clerk of the Court to seal the Schedule indefinitely. Plaintiff is filing a public copy of its Corporate Disclosure Statement with the Schedule redacted, consistent with Local Rule 13.05(c).

*Signature Page Follows*

1

Dated: December 9, 2024

                                            Respectfully Submitted,

                                            */s/ Karen E. Vaysman*
Karen E. Vaysman, 6327730IL
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Tel. 312-207-1000
kvaysman@reedsmith.com

- and -

*/s/ Mark E. Bini*
Mark E. Bini (*pro hac vice*)
Kaela Dahan (*pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel. 212-521-5400
mbini@reedsmith.com
kdahan@reedsmith.com

***Attorneys for Plaintiff***