**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MORAN FOODS, LLC ) | |
| D/B/A SAVE-A-LOT, LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24CV1514 JAR |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of Plaintiff's status report [ECF No. 33] filed on July 11, 2025, the Court will grant Plaintiff additional time to investigate and determine if it has sufficient information to amend the Complaint to identify Defendant by name and effectuate service or if it will need to seek additional third-party discovery from the Court to accomplish the same. Plaintiff will be directed to file a further status report no later than August 22, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted additional time to investigate and determine information sufficient to identify Defendant by name and effectuate service.

**IT IS FURTHER ORDERED** that Plaintiff is directed to file a further status report no later than **August 22, 2025**.

Dated this 11th day of July, 2025.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE